United States Bankruptcy Court
Southern District of Florida

In re:                                                                  Case No. 13-12734-LMI
Alfredo De Jesus Fernandez                                              Chapter 7
        Debtor
## CERTIFICATE OF NOTICE

District/off: 113C-1          User: admin              Page 1 of 2              Date Rcvd: Mar 14, 2013
                              Form ID: CGFD65          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2013.
db             +Alfredo De Jesus Fernandez,    515 Valencia Ave,   Apt 7,   Miami, FL 33134-5745
smg             Florida Department of Revenue,    POB 6668,   Tallahassee, FL  32314-6668

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: rmscedi@recoverycorp.com Mar 15 2013 02:24:12
                Recovery Management Systems Corporation,    25 SE 2 Ave #1120,   Miami, FL 33131-1605
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 16, 2013**                       **Signature:**  _Joseph Speetjens_

```
District/off: 113C-1          User: admin              Page 2 of 2              Date Rcvd: Mar 14, 2013
                              Form ID: CGFD65          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2013 at the address(es) listed below:
          Joel L Tabas    JLT@tfsmlaw.com,    jtabas@ecf.epiqsystems.com;nancy@tfsmlaw.com;scott@tfsmlaw.com
          Nicole E. Florin    on behalf of Debtor Alfredo Fernandez nflorin@florinlaw.com, rquintana@florinlaw.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                                                                               TOTAL: 3

**CGFD65** (12/1/09)



**ORDERED in the Southern District of Florida on March 14, 2013**

**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 13–12734–LMI**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Alfredo De Jesus Fernandez
515 Valencia Ave
Apt 7
Miami, FL 33134

SSN: xxx–xx–5739

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

### #

* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Page 2 of 2*